August W. Fischer, administrator of the estate of Margaret Fischer, deceased, appellee, v. John Trauscht, Jr., appellant. Gen. No. 28,919.

Action to recover damages for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. *Certiorari* denied by Supreme Court (making opinion final).

John A. Bloomingston, for appellant.   Leesman & Roemer, for appellee; Helmer, Moulton, Whitman & Holton, of counsel.
Mr. Justice Thomson delivered the opinion of the court.